**Dismiss and Opinion Filed April 14, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01062-CV

**PINEY WOODS VENTURES, LLC, ET AL, Appellants**
**V.**
**OSCAR CHAHINE, ET AL., Appellees**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 74339-86**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

We reinstated this appeal on motion for rehearing on March 26, 2013. We notified appellants on March 20, 2014, that the $175 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. To date, appellants have not paid the filing fee or otherwise corresponded with the Court regarding the status of the filing fee.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

121062F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PINEY WOODS VENTURES, LLC, ET AL, Appellants

No. 05-12-01062-CV          V.

OSCAR CHAHINE, ET AL., Appellees

On Appeal from the 86th District Court, Kaufman County, Texas
Trial Court Cause No. 74339-86.
Opinion delivered by Justice FitzGerald.
Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees OSCAR CHAHINE, RICK COCHRAN, RONALD COOKSEY, JEFFREY DREWNIANY, LORRAINE G. FORMET, CHARLES GALLAGHER, MICHAEL GEBHARDT TRUST, ROBERT HAWLEY, DOUG HUMPHREY, GAIL JOHNSON, JIM JORDAN, MARK LANDMADE, CHRISTINE LOPEZ-RINCON, ART LOWE, THOMAS LUTZ, EDWARD MITTELMAN, MIKE MOORE, EDWARD MURPHY, MICHAEL NORTON, GEORGE SCHMIDT, EDWARD TALARSKI, AND BEVERLY WANKE recover their costs of this appeal from appellants PINEY WOODS VENTURES, LLC, CAMERON CRAVEY, KIMBERLY CRAVEY, ASHLEY CLAIRE CRAVEY, ALEXIS CHLOE CRAVEY, AND JUOH CAMERON CRAVEY SPECIAL TRUST.

Judgment entered April 14, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–2–